## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL CURTIS,  )<br> )<br>    Plaintiff,  )<br> )<br>vs.  )<br> )<br>STEIN STEEL MILL SERVICES, INC.,  )<br>*et al.*,  )<br> )<br>    Defendants.  ) | Case No. 16-cv-00139-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Stein Steel Mill Services, Inc., Alan Medford, and Dennis Beasley and against **Marshall Curtis**. This matter is **DISMISSED** with prejudice.

**DATED:** 6/20/2017　　　　　　　　　　　　　　**Justine Flanagan**
　　　　　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**


　　　　　　　　　　　　　　　　　　　　　　　　*s/Tina Gray*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**U.S. DISTRICT JUDGE**